**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7250**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BENITA DINKINS-ROBINSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, Senior District Judge. (3:14-cr-00300-TLW-1; 3:18-cv-00435-TLW)

Submitted: August 23, 2019                     Decided: August 30, 2019

Before MOTZ, KING, and HARRIS, Circuit Judges.

Affirmed in part, dismissed in part by unpublished per curiam opinion.

Benita Dinkins-Robinson, Appellant Pro Se. Winston David Holliday, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benita Dinkins-Robinson appeals the district court's order denying relief on her 28 U.S.C. § 2255 (2012) motion. We previously granted a certificate of appealability on four discrete issues. As to those claims, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dinkins-Robinson*, Nos. 3:14-cr-00300-TLW-1; 3:18-cv-00435-TLW (D.S.C. Sept. 7, 2018). As to the claims for which a certificate of appealability was denied, we dismiss the appeal. We deny Dinkins-Robinson's motion for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*